JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ELOPRE,<br><br>              Plaintiff,<br><br>   v.<br><br>ORRY MARCIANO, ET AL.,<br><br>              Defendants. | Case No. EDCV-16-1964-DMG (KES)<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED: August 14, 2017

                                              _____
                                              DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE